# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00438-CR

**Larry Beltran, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NO. D-1-DC-08-500396, HONORABLE FRED A. MOORE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's notice of appeal was filed on July 22, 2010, and the record was complete on October 22, 2010, making appellant's brief due November 22. Appellant has filed five motions for extension of time to file his brief, and this Court has granted him four extensions, with the most recent deadline being March 8, 2011. To date, however, and despite filing his fifth motion on March 7, asking to have the deadline extended only to March 8 and explaining that the brief needed only to be printed, bound, and filed, the brief has not been filed.

We therefore abate the appeal. The trial court shall conduct a hearing to determine whether appellant still wishes to pursue his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b). The court shall make appropriate findings and recommendations, and a supplemental record from this hearing, including copies of all

findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court within forty-five days of the date of this opinion. *See id.* R. 38.8(b)(3).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed: March 16, 2011

Do Not Publish